# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLORES H., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 23-4755 |

## ORDER

**AND NOW**, this 30th day of August 2024, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review (Document No. 9) is **DENIED**.

**BY THE COURT**:

  */s/ Carol Sandra Moore Wells*  
CAROL SANDRA MOORE WELLS  
United States Magistrate Judge